# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Marlon Curry

                    Plaintiff,

v.                                           Case No.: 1:17–cv–02052
                                                    Honorable Thomas M. Durkin

Randy Pfister, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 26, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to withdraw motion for leave to file fourth amended complaint[64] is granted [70]. Status hearing held on 7/26/2018. Discovery ordered closed by 9/26/2018. Status hearing set for 9/26/2018 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.